THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br>    Plaintiff, | §<br>§<br>§<br>§   Case No. 1:25-cv-00300-DAE<br>§<br>§<br>§<br>§<br>§ |
| v. | |
| TEXAS HEMP REPORTER LLC,<br>    Defendant. | |

## DEFENDANT'S ORIGINAL ANSWER
## TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant, TEXAS HEMP REPORTER LLC, a limited liability company organized under the laws of the State of Texas, files this, its Original Answer to Plaintiff's Original Complain, and would respectfully show the Court as follows:

## INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 8(b), Defendant denies each and every allegation contained in Plaintiff's Original Complaint except for those expressly admitted herein. In several instances, Defendant has identified statements in the Original Complaint that are legal conclusions or non-factual statements rather than factual assertions. No response to such legal conclusions or non-factual statements is required. However, if such response is required, Defendant denies such legal conclusions and non-factual statements. The headings and numbered paragraphs below directly correlate to the sections and numbered paragraphs of Plaintiff's Original Complaint. Those titles and headings are reproduced in this Original Answer for organizational purposes only, and Defendant does not admit any matter contained in them.

Defendant states that the first sentence of Plaintiff's unnumbered introductory paragraph is a directive that requires no response.

Defendant's responses to the specifically numbered allegations of the Complaint are as follows:

## PARTIES

1. Defendant can neither admit nor deny.
2. Admit.

## JURISDICTION AND VENUE

3. Admit.
4. Admit.
5. Admit.

## FACTUAL ALLEGATIONS

6. Admit to the extent that Christopher Sadowski is the Plaintiff. Defendant can neither admit nor deny Plaintiff is a photojournalist and is published in newspapers and magazines.
7. Defendant can neither admit nor deny.
8. Defendant can neither admit nor deny.
9. Defendant can neither admit nor deny.
10. Defendant can neither admit nor deny.
11. Defendant can neither admit nor deny.
12. Defendant can neither admit nor deny.
13. Defendant can neither admit nor deny.
14. Defendant can neither admit nor deny.

15. Admit.

16. Admit.

17. Defendant can neither admit nor deny.

18. Defendant can neither admit nor deny.

19. Defendant can neither admit nor deny.

20. Defendant can neither admit nor deny.

21. Defendant can neither admit nor deny.

22. Defendant can neither admit nor deny.

23. Defendant can neither admit nor deny.

24. Defendant can neither admit nor deny.

25. Defendant can neither admit nor deny.

26. Defendant can neither admit nor deny.

27. Defendant can neither admit nor deny.

28. Defendant can neither admit nor deny.

29. Defendant can neither admit nor deny.

30. Defendant can neither admit nor deny.

31. Defendant can neither admit nor deny.

32. Defendant can neither admit nor deny.

33. Defendant can neither admit nor deny.

34. Defendant can neither admit nor deny.

35. Defendant can neither admit nor deny.

## REQUESTS FOR RELIEF
## DEFENSES TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant asserts the defense that it believed it had permission for use through Adobe Photoshop and Adobe stock images as well as a subscription it had at the time with the A.P.

Defendant further asserts the right to amend these affirmative defenses and to assert additional affirmative defenses as they may become known to Defendant.

## PRAYER

For the foregoing reasons, Defendant asks the Court to enter judgment that Plaintiff takes nothing, dismiss Plaintiff's suit with prejudice, assess costs against Plaintiff, and awards Defendant all other relief that the Court may deem appropriate.

Respectfully submitted,

By: */s/ David K. Sergi*
David K. Sergi
State Bar No. 18036000
david@sergilaw.com
David K. Sergi & Associates, P.C.
329 S. Guadalupe Street
San Marcos, Texas 78666
Telephone: (512) 392-5010
Facsimile: (512) 392-5042

**ATTORNEY FOR TEXAS HEMP REPORTER LLC,**

## CERTIFICATE OF SERVICE

       This is to certify that a true and accurate copy of the foregoing was served on this 7th day of April, 2025, via ECF email service to the following:

Daniel DeSouza, Esq.
COPYCAT LEGAL PLLCE
Suite 301
Coral Springs, FL. 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

Attorney for Plaintiff

                                                        By: */s/ David K. Sergi*
                                                        David K. Sergi
                                                        Attorney for Defendant